1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    CASE NO. 5:23-MJ-00017-CDB

12                 Plaintiff,                   ORDER TO UNSEAL CASE
         v.
13
   ESTHER ANDRADE OLSON,
14
                   Defendant.
15

16

17
       Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered
18
   that the Complaint and other court filings in the case be UNSEALED.
19

20 IT IS SO ORDERED.

21
       Dated:   **June 1, 2023**              /s/ Barbara A. McAuliffe
22                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                             2