```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JOSEPH D. BARTON
    Assistant United States Attorney
 3  CHAN HEE CHU
    Special Assistant United States Attorney
 4  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 5  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 6
 7  Attorneys for Plaintiff
    United States of America
 8
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00017-CDB |
| Plaintiff, | |
| v. | |
| ESTHER ANDRADE OLSON, | STIPULATION AND PROTECTIVE ORDER (ATTORNEY'S EYES ONLY) |
| Defendant. | |

WHEREAS, the discovery in this case involves information, including documentation, photographs, audio recordings, and video recordings, related to alleged victims whose private financial and personally identifiable information may be compromised if such information were disclosed (the "Protected Information"); and

WHEREAS, the parties desire to have the Protected Information produced to undersigned defense counsel;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, ESTHER ANDRADE OLSON ("Defendant"), by and through their counsel of record, MICHAEL BERDINELLA ("Defense Counsel"), and the United States of America, by and through Special Assistant United States Attorney Chan Hee Chu, hereby agree and stipulate as follows:

STIPULATION FOR PROTECTIVE ORDER     1

1.     This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.     This Order pertains to the Protected Information.  This Order also relates to any verbal communications between the government and Defense Counsel about the confidential informant.

3.     By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents, recordings, or other information, verbal or written, that contain Protected Information with anyone other than defense investigators and support staff.  Defendant may review un-redacted documents, recordings, or other information subject to this protective order in the presence of Defense Counsel but may not be given copies of such documents.  The parties agree that Defense Counsel, defense investigators, and support staff (the "defense team") shall not allow Defendant or anyone else outside of the defense team to copy or retain Protected Information contained in the discovery.

4.     The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the government.  Defense Counsel will return the discovery to the government or certify that it has been destroyed at the conclusion of the case.

5.     Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.     Defense Counsel shall be responsible for advising Defendant, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.     In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel *unless and until* substituted counsel agrees also to be bound by this Order.

8.   Defense Counsel reserves the right to later seek to have the terms of this Order modified or revoked.  Defense Counsel agrees to return the discovery to the Government in its complete form if the

///
///
///
///

terms of this Order are modified or revoked if so requested by the United States.

IT IS SO STIPULATED.

DATED: June 8, 2023         PHILLIP A. TALBERT
                            United States Attorney

                            /s/ Chan Hee Chu
                            CHAN HEE CHU
                            Special Assistant U.S. Attorney

DATED: June 8, 2023         /s/ Michael Berdinella
                            MICHAEL BERDINELLA
                            Attorney for Defendant

IT IS SO ORDERED.

Dated:   **June 9, 2023**

_____
UNITED STATES MAGISTRATE JUDGE