PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-mj-00017-CDB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING; ORDER |
| v. | |
| ESTHER ANDRADE OLSON, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Michael W. Berdinella, counsel for Esther Andrade Olson, that the Court may continue the preliminary hearing currently scheduled for August 7, 2023, at 2:00 p.m. to August 21, 2023, at 2:00 p.m. before the Honorable Barbara A. McAuliffe.

   Ms. Olson's counsel requires additional time to consult with Ms. Olson, review the charges and discovery, conduct further investigations, and prepare for the preliminary hearing.

1 Therefore, the parties agree to extend all applicable deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through August 21, 2023, in the interests of justice, including the need for defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Ms. Olson to a speedy trial.

Dated:  July 27, 2023

    */s/ Michael Berdinella*
MICHAEL W. BERDINELLA
Counsel for Esther Andrade Olson

Dated:  July 27, 2023

    */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-mj-00017-CDB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ESTHER ANDRADE OLSON, | |
| Defendant. | |

**IT IS SO ORDERED** that the preliminary hearing is continued from August 7, 2023, to August 21, 2023, at 2 p.m. before Magistrate Judge Erica P. Grosjean[1]  For good cause shown, time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, is excluded through August 21, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **August 2, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] Judge Grosjean is the judge on duty on such date.